Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Western District of North Dakota

_____ Division

|  |  |  |
|---|---|---|
| LaRon Young<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br><br>see Attached<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

LaRon Young,

Vs.

Bismarck Police Department,
Detective David Stewart,
Mandan Police Department,
Officer David Bdarndahl,
Morton County States Attorney office,
Gabrielle Goter,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                     LaRon Young
All other names by which
you have been known:
ID Number
Current Institution                      HACTC
Address                                  110 Industrial Road
                                         Rugby,              ND      58368
                                            City            State    Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                                     Bismarck Police Department
Job or Title (if known)
Shield Number
Employer
Address                                  700 S. 9th street
                                         Bismarck            ND      58504
                                            City            State    Zip Code
                                         ☐ Individual capacity    ☑ Official capacity

Defendant No. 2
Name                                     Mandan Police Dept.
Job or Title (if known)
Shield Number
Employer
Address                                  205 1st Avenue North West
                                         Mandan              ND      58554
                                            City            State    Zip Code
                                         ☐ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name      Detective David Stewart

Job or Title *(if known)*      Detective

Shield Number

Employer      Bismarck Police Department

Address      700 S. 9th Street

Bismarck    ND    58504

         *City*         *State*      *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name      Officer David Bduandahl Jr.

Job or Title *(if known)*      Officer

Shield Number

Employer      Mandam Police Department

Address      205 1st Avenue Northwest

Mandam    ND    58554

         *City*         *State*      *Zip Code*

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th amendment.    18 U.S.C § 1523 (false testimony).

14th amendment.    18a U.S.C § 12 (selective & vindictive prosecution).

9th amendment.    18 U.S.C § 242 (denial of rights under color of law)

42 U.S.C § 1985 (3)    "Judicial Deception"

             42 U.S.C § 1982

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?    N/A

Defendant No. 5

Name: Morton County States Attorney office

Job or title:

Employer:

Address: 210 2nd Avenue Northwest

Mandan    ND    58554

☑ official capacity

Defendant No. 6

Name: Gabrielle Goter

Job or title: Assistant states Attorney

Employer: Morton County States Attorney office

Address: 210 2nd Avenue Northwest

Mandan    ND    58554

☑ official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[✓] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[ ] Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Mandan North Dakota, 7/16/2017.

See attached

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

—on or about 7/10/17—

• Bismarck Police Department: Det. Stewart was on duty as an employee of this law enforcement Agency and in his official capacity, he violated my rights as mentioned in "II Basis for Jurisdiction", "Judicial deception". By ommitting evidence and providing false statements.

• Detective Stewart: ommitted that the "CI" had a active arrest warrant, instructed "CI" to withhold the existence of the warrant from other officers, allowed a wanted fugitive to go free in exchange for "Black Males", and offered false statement regarding me being identified as a suspect. "Judicial deception"; also lied about the "CI" previously purchasing drugs from me!!

• Mandan Police Department: ofc. Bjorndahl was on duty as an employee of this law enforcement Agency and in his official capacity, He violated my rights as outlined in "II Basis for Jurisdiction", "Judicial deception" by ommitting evidence and providing false statements.

• Officer Bjorndahl: lied claiming to recognize me from photos provided by the "CI", lied claiming the "CI" described me and my vehicle & the license plate, and he falsely testified under oath regarding these facts at a Morton County preliminary hearing. "Judicial deception".

• Morton County states Attorney office: Gabrielle Goter was on duty as the prosecutor when she gave a verbal search warrant & false probable cause to search my vehicle. "Judicial deception".

• Gabrielle Goter: allowed the officers to establish probable cause to search without forcing them to corroborate my involvement or provide any evidence of me being described as a suspect, and conspired at a Morton county preliminary hearing w/ ofc. Bjorndahl's false testimony. "Judicial deception".

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

7/10/2017, 8:00 a.m.

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was stopped for tinted windows, K9 didn't alert on my vehicle, I was falsely identified as a suspect, the officers allowed a wanted fugitive to go free, I was substituted as one of the "Black Males" that was a suspect, officers and states Attorney offered false statements under oath to establish probable cause. Judicial

V.  **Injuries** Deception, conspiracy.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional anguish due to my confinement, the death of my money, the threat of facing decades in a Federal prison, the irreparable damage done to the relationship with my child, and pain & suffering.

N/A for physical damages

VI.  **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$10,000,000 in monetary damages, charge; officer Bjorndahl and Detective Stewart with making false statements under oath an kidnapping also discrimination.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No            N/A

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No            N/A

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

N/A

2.   What did you claim in your grievance?

N/A

3.   What was the result, if any?

N/A

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

N/A

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____ N / A _____

    Defendant(s) _____ N / A _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    _____ N / A _____

3.  Docket or index number
    _____ N/A _____

4.  Name of Judge assigned to your case
    _____ N/A _____

5.  Approximate date of filing lawsuit
    _____ N /A _____

6.  Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____ N / A _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Yes.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    LaRon Young

Defendant(s)    Burleigh Morton Detention Center, Reliance Telephone

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Burleigh County, North Dakota / western District of N.D

3.    Docket or index number

08-2019-cv-00440 / 1:19-cv-39

4.    Name of Judge assigned to your case

David Reich / Judge Hovland

5.    Approximate date of filing lawsuit

2/11/19   /   3/5/19

6.    Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9/16/19

Signature of Plaintiff

Printed Name of Plaintiff    LaRon Young

Prison Identification #    17036489

Prison Address    110 Industrial Road

Rugby                ND        58368
                    _City_            _State_        _Zip Code_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
_City_            _State_        _Zip Code_

Telephone Number    _____

E-mail Address    _____