Exhibit :1

**CASE/REPORT #:** TF17-00672/1

**Report Title:** State v. MORRIS/YOUNG

**Details:**

(ALL TIMES ARE APPROXIMATE)

*I said black But My Car wash Peanut Butter Brown*

TFO Stewart advised TFO Bjorndahl that a Confidential Informant (CI) contacted him in reference to fake Oxycodone – Hydrochloride pills being sold by two African American males from Minnesota. TFO Bjorndahl, TFO Stewart, and TFO Komrosky met with the CI who showed officers pictures of the males. The CI also stated that these two persons still had a substantial quantity of these fake pills and that the CI believed them to be fentanyl and not Oxycodone-Hydrochloride.

2. The CI attempted to contact the individuals and was not able to. TFO Bjorndahl was informed by TFO Stewart that the CI had just told TFO Stewart that the people selling those pills told the confidential informant that they were in a dark colored sedan in the Midway Lanes parking lot.

3. At approximately 0345 hrs on July 10th, 2017 TFO Bjorndahl observed the vehicle in the parking lot occupied by two males. TFO Bjorndahl was unable to identify the occupants as the window tint was to dark. TFO Bjorndahl and other agents of MANTF set up to do surveillance on the vehicle.

TFO Bjorndahl observed Deputy Ellefson conduct a welfare check on the vehicle as it was parked at a business that was closed and he was able to identify that the vehicle was occupied by Marquice MORRIS and Laron YOUNG.

5. At approximately 0720 hrs. TFO Bjorndahl observed the vehicle leave the area and Deputy Ellefson conduct a traffic stop on the vehicle. TFO Bjorndahl assisted on the traffic stop. TFO Bjorndahl approached the vehicle and spoke with the passenger. TFO Bjorndahl was able to recognize that these two individuals were the same as the ones in the photos that TFO Bjorndahl had seen earlier.

6. TFO Bjorndahl asked the passenger of the vehicle why they were in a parking lot of a closed business so long, the passenger stated that they were waiting for a friend.

TFO Bjorndahl was informed by the Deputy Ellefson that his narcotics detection K9 did not alert on the vehicle.

8. TFO Bjorndahl knows through his training and experience that vehicles are easily moved and so is the contraband contained inside them. TFO Bjorndahl knew that these individuals were identified by a confidential informant by photo, vehicle, and geographical location. TFO Bjorndahl knows that Deputy Ellefson narcotic detection K9 is not trained or certified in the odor of Fentanyl.

9. A search was conducted based off those factors and TFO Bjorndahl located a red zip top bag with multiple blue pills on the seat floor passenger side and clear plastic bag with blue pills on the driver's side rear seat floor area.

10. TFO Bjorndahl found no other items of significance during the search.

**Other Personnel Assisting:**
1. S/A Kapella
2. TFO Stewart
3. Deputy Ellefson

**Description and Custody of Evidence:**
All evidence as a result of this case is in the custody of the MANTF.

**Attachments:**
None