F2
C

Exhibit: 1a

**CASE/REPORT #: TF17-651/672**

**Report Title: US v. Morris et al**

---

**Details:**

(ALL TIMES ARE APPROXIMATE)

1. July 9th 2017 CI-17-4042 contacted Det. Stewart via test message and indicated that the black males from St. Paul MN. Which he had previously told Det. Stewart about were back in the area and trying to sell Oxycodone-Hydrochloride 30mg pills. CI-17-4042 had previously told Det. Stewart about these individuals and indicated at that time that they had sold a large number of fake Oxycodone-Hydrochloride 30mg pills which CI-17-4042 believed to be Fentanyl.

2. CI-17-4042 indicated that they (CI-17-4042) was in Fort Yates and that the last message they got from the people selling the pills is that they were on their way to Prairie Knights Casino. CI-17-4042 was instructed to tell them that they would meet them there.

3. Det. Stewart contacted BIA SA Derek Bourque. SA Bourque indicated that he would pick up CI-17-4042 and meet with Det. Stewart somewhere near the casino.

4. TFO Bjorndahl, TFO Komrosky, and Det. Stewart travelled together to Fort Yates and met with SA Bourque and CI-17-4042. CI-17-4042 showed Det. Stewart a FaceBook page for Marquis MORRIS. CI-17-4042 indicated that MORRIS was the person who brought the pills. CI-17-4042 indicated that they knew someone (Taiylor BLACK CLOUD) who bought six(6) of the pills and wanted to get rid of five(5) of them because they thought that the pills had Fentanyl in them. CI-17-4042 also informed Det. Stewart that the last time MORRIS was there he had guns with him

5. Multiple attempts were made to contact Morris, but contact was not made. TFO Bjorndahl, TFO Komrosky, and Det. Stewart travelled back to Bismarck/Mandan. en route CI-17-4042 informed Det. Stewart that MORRIS was waiting at the bowling alley on the strip in Mandan. CI-17-4042 indicated that MORRIS would be in a dark colored sedan with Minnesota plates.

6. July 10th 2017 at 0344hrs Metro Area Narcotic Task Force agents located the above mentioned vehicle in the parking lot of the Midway Lanes bowling alley in Mandan North Dakota. The vehicle was identified as Minnesota 163WTA, registered to Laron YOUNG.

7. MANTF agents began conducted surveillance on the vehicle and its occupants. Morton County Deputy James Ellefson was contacted to do a welfare check on the vehicle. Deputy Ellefson arrived on scene and made contact with the occupants of the vehicle, which he was able to identify as MORRIS and YOUNG.

8. Deputy Ellefson ended contact with MORRIS and YOUNG after verifying their identities. MANTF agents continued to conduct surveillance on the vehicle and its occupants until the vehicle left the parking lot at approximately 0720 hours. At which time a traffic stop was conducted on the vehicle.

9. A K9 conducted a free-air-sniff around the vehicle but did not alert per the k9 handler. The Morton County States Attorney's Office was contacted to secure a search warrant for the vehicle. An Assistant Morton County States Attorney advise that a probable cause search of the vehicle was merited.

10. At approximately 0730 hours the search of the vehicle began. A total of seventy-six (76) small blue in color pills, which were stamped to look like Oxycodone-Hydrochloride 30mg tablets were located. It was apparent that the pills were not legitimate factory produced Oxycodone-Hydrochloride 30mg the edges of the pills were jagged and they did not look exactly like Oxycodone-Hydrochloride 30mg Det. Stewart had encountered in the past.

11. A Black Taurus handgun S/N: SEZ18285 was located wrapped in a towel under the hood of the vehicle. A check of the serial number indicated that the handgun was reported stolen out of the state of Mississippi.

12. See the attached evidence inventory and supplemental reports from other officers of details of all of the items located during the search and their locations.

13. Det. Stewart spoke with YOUNG on scene. YOUNG was informed of his Miranda warnings and agreed to speak with officers prior to questioning. YOUNG indicated that he had brought MORRIS to North Dakota to "visit" some people, YOUNG eluded to MORRIS being involved in narcotic destitution but denied any involvement or direct knowledge. YOUNG also denied any knowledge of the handgun that had been located in the vehicle.

14. Det. Stewart spoke with MORRIS on scene. MORRIS was informed of his Miranda warnings and agreed to speak with officers prior to questioning. MORRIS initially indicated that he had no knowledge of the pills in the vehicle or of the gun. MORRIS eventually admitted that he had been to the area once time prior to distribute Oxycodone-Hydrochloride 30mg. MORRIS indicated that on his previous trip he thought he had brought one-hundred to one-hundred-fifty (100-150) pills. Morris indicated that he had brought around eighty (80) pills with him on this trip. MORRIS denied selling any pills during this trip but indicated that six (6) pills had been stolen from him by a female named "Taiylor" (Taiylor BLACK CLOUD).

15. Both YOUNG and MORRIS were arrested for possession of a controlled substance with intent to deliver and possession of a firearm by a felon. MORRIS and YOUNG were transported to the Burleigh Morton detention Center.

16. On July 11th 2017 Det. Stewart and Det. Curtis went to the Burleigh Morton Detention Center and met with MORRIS. MORRIS was informed of his Miranda rights prior to questioning and agreed to speak with Det. Stewart.

17. Throughout the interview MORRIS tried to minimize his involvement in the distribution of illicit narcotic pills. MORRIS did indicate that he wanted to try to work out of his charges. MORRIS indicated that he did not know of any good targets in the Bismarck Mandan area but that he did have access to two large scale marijuana distributors in the St. Paul area. The interview was ultimately ended due to MORRIS lack of honestly about his involvement in narcotic pill distribution in North Dakota.