*fax 2 o'henny*

EXhBA: 3

## PART A. THE OFFENSE

### Charge(s) and Conviction(s)

1.  A six-count indictment was filed in United States District Court on September 7, 2017, charging the defendant, Laron Young, and another, with controlled substances and firearms offenses. The defendant was named in Counts 1 through 4 and 6. An arrest warrant was issued and ultimately executed on September 19, 2017. On this same date, he made an initial appearance and was ordered detained pending further proceedings. On September 21, 2017, the defendant appeared for a detention hearing and waived his right to the hearing due to outstanding warrants.

2.  On May 17, 2018, the defendant pled guilty to Count 1 of the indictment, which alleged that beginning in February 2017 until the date of the indictment, the defendant and another, conspired to distribute heroin in Mandan, North Dakota. There is a written Rule 11(c)(1)(A) and (B) plea agreement filed in this case which contains sentencing recommendations and contemplated guideline calculations.

3.  On June 3, 2018, the defendant filed a Motion to Withdraw Guilty Plea, noting his lack of understanding regarding potential classification as a career criminal. On August 1, 2018, the Court denied the defendant's motion, and sentencing is scheduled.

### The Offense Conduct

4.  According to investigative materials supplied by the United States Attorney's Office and compiled by the Metro Area Narcotics Task Force (MANTF), North Dakota Bureau of Criminal Investigation, the Bureau of Alcohol, Tobacco and Firearms, and Morton County Sheriff's Office, the defendant, Laron Young (Young), and codefendant Marquice Morris (Morris), conspired to distribute heroin in Mandan, ND.

5.  Incident to ongoing drug trafficking investigations, a confidential informant (CI) advised the MANTF that two males from St. Paul, MN, were in the area trying to sell oxycodone-hydrochloride pills. The CI's brother purchased 50 pills from Morris on one of Morris' previous trips to North Dakota. TF17-00672/1 "18"

6.  On July 10, 2017, law enforcement conducted surveillance on a Minnesota licensed vehicle parked in a parking lot in Mandan. The surveillance was based on information that the subjects in the vehicle were selling fake oxycodone-hydrochloride 30 mg pills. A Morton County deputy conducted a welfare check of the parked vehicle. Young was the driver of the vehicle and Morris was the passenger. After the deputy's contact with the occupants, law enforcement continued surveillance on the vehicle until it left the parking lot several hours later. At that time, a traffic stop was conducted on the vehicle. A probable cause search discovered 76 counterfeit oxycodone-hydrochloride pills and a stolen firearm. The firearm was a 9mm caliber Taurus pistol bearing serial number SEZ18285 that was reported stolen from the State of Mississippi. Both Young and Morris denied knowledge of the handgun. Young did indicate that he was aware that the pills were in the vehicle and that they were for distribution.

Case Report # TF17-651/672 "19"

3