## New iMessage

Cancel

Exhibit : 4

Derek Bourque - BIA



Mid way bowl club

Is that where they want to meet

 



00574