

Exhibit 4a

**New iMessage**          **Cancel**

To: Derek Bourque - BIA

Mon, Jul 10, 3:20 AM

Mid way bowl club

Is that where they want to meet

Yes

She is there right now

Black chevy

Car

They are in the car in the parking lot



Location  ✕

Benevolent
Tattoo &
Piercing

Subject

iMessage

  

00576