.₀₈₈ Verizon  LTE              11:57 AM                @ ※ ▣

EXhibit; 5          **New iMessage**              Cancel

To: Derek Bourque – BIA



Mon, Jul 10, 3:20 AM

Mid way bowl club

Is that where they want to meet

