[THE FOLLOWING PROCEEDINGS WERE HAD AND MADE OF RECORD, AS FOLLOWS, on the 21st day of August, 2017, commencing at 10:44 a.m.]

THE COURT: We'll open the record regarding Morton County case 17-CR-935, entitled State of North Dakota versus Laron Young. Mr. Young is present with Mr. Pulkrabek. The State is represented by Ms. Goter.

Mr. Pulkrabek, did you and your client wish to have a preliminary hearing this morning?

MR. PULKRABEK: Yes, we do.

THE COURT All right. Go ahead, Ms. Goter.

MS. GOTER: I'd call TFO Bjorndahl, Your Honor.

DAVID BJORNDAHL, called as a witness by the State, and after having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MS. GOTER:

Q. Can you please state your full name and occupation for the record?

A. David Allen Bjorndahl, Jr. I am a Morton County deputy attached to the Metro Area Narcotics Task Force.

Q. What is your training and experience in law enforcement?

A. Been in law enforcement since 2008 in North Dakota, and I have approximately -- well, I have over 600 hours of