Exhibit 7(a)

training, mainly dealing with narcotics, narcotics trafficking, and narcotics identification.

Q.   Who is seated to the right of Mr. Pulkrabek over here?

A.   It's going to be Mr. Laron Young.

Q.   Did you and other law enforcement have contact with Mr. Young on the 10th of July, 2017?

A.   Yes, we did.

Q.   Where did that happen?

A.   It happened right off of the Strip in Mandan.

Q.   How was law enforcement alerted to Mr. Young's presence?

A.   We had a confidential source identify Mr. Young and another co-defendant as distributing pills and narcotics into Bismarck/Mandan and also Standing Rock/Fort Yates area.

Q.   Okay.  When you say "identify Mr. Young," how was Mr. Young identified?

A.   He was identified via photo through Facebook.

Q.   Did you have any other information about Mr. Young or where he was located in the Bismarck/Mandan or Fort Yates areas?

A.   Yes.  We went down there, spoke with the confidential informant.  The informant stated that Mr. Young, as well as Mr. Morris, would be located at the bowling alley, Midway Lanes, in Mandan.  They would be inside a dark-colored sedan with

Page 4