Exhibit 7b

Minnesota plates.

Q. Did you conduct surveillance at the bowling alley?

A. Yes, we did.

Q. For approximately how long?

A. It was several hours. It was very late to early hours in the morning, and so the bowling alley was closed. It was one of the only vehicles that actually were in the parking lot.

Q. When you say "it was one of the only vehicles," did you find a vehicle matching that description?

A. Yes. It was a dark-colored sedan, had Minnesota plates, and it was inside there and it was occupied by two males.

Q. At what point did law enforcement make contact with the driver and passenger?

A. Law enforcement made contact when they left the parking lot. Deputy Ellefson conducted a traffic stop on them.

Q. Do you know the reason for that traffic stop?

A. I believe it was window tint.

Q. Okay. Was the vehicle searched at any time?

A. Yes, it was.

Q. What was located within the vehicle?

A. Behind the passenger side seat, there was tablets that were marked as like oxycodone, hydrocodone tablet, as well as behind -- well it would be behind the passenger seat and the