well.

Q.   And heroin obviously not a prescription drug; correct?

A.   Correct.

Q.   I guess, did either of the defendants make any statements regarding them being in the area or the presence of the controlled substance?

A.   Yes.  And to get those right, you'll have to excuse me, I need the arrest affidavit.  I wasn't the case agent on this.  I just have to look at the arrest affidavit.  I want to make sure I get the two names right.  If I could get a copy of that.

MS. GOTER:  Your Honor, may I approach?

Q.   With regard to Mr. Young, did he make any statements about the pills?

A.   According to Detective Stewart's affidavit, while Mr. Young didn't make these things to me, but it says that "Young indicated that he was aware the pills were in the vehicle and that they were there for distribution."  Young also indicated that he did not know if Morris had sold any of the pills.

Q.   Morris being the co-defendant?

A.   Correct.

Q.   And who was the driver of the vehicle?

A.   The driver of the vehicle was Young, was the driver of the vehicle.