it'd be kind of hard to say. But since he marketed them as the oxy pills, that's kind of the value that they were supposedly getting for them.

Q. And, again, the confidential source that you'd spoken to had been contacted about purchasing these?

A. Correct.

Q. By who?

A. I couldn't tell you if it was Mr. Young or Mr. Morris. That, I don't know.

Q. Did the confidential source know that both Mr. Morris and Mr. Young were to be present?

A. He described both of them and showed us Facebook pictures.

Q. Of each of them?

A. I remember Mr. Morris for sure. I don't remember, off the top of my head, Mr. Young. But he did talk about them being two people.

Q. Did he describe them to you?

A. Yes, he did.

Q. And their vehicle?

A. Yes.

Q. And that's Mr. Young's vehicle?

A. Correct.

Q. And when the vehicle was searched and pulled over, was that still here in Morton County?