Exhibit: 7E

A.   I was told the dog did not alert.  That is correct.

Q.   Okay.  And from our observations up to that point, I don't see anything in any report that indicates that you noticed anything suspicious or you had any reason to believe that there was any drugs in the car; is that correct?

A.   No, that is not correct.

Q.   What did you see when you were observing them in the parking lot that would lead you to indicate there might be drugs in the vehicle?

A.   Well, it's suspicious behavior to tell somebody you're going to be there with drugs and then to sit there after the business is closed in a dark parking lot for that many hours.

Q.   But you didn't see anything suspicious?

THE COURT:  Well, I'm going to interrupt.  This may all be relevant to a suppression hearing, but it's not real helpful for a prelim.

MR. PULKRABEK:  Okay.

THE COURT:  I've let you go a ways, but I think --

(Mr. Pulkrabek continuing)

Q.   And you're indicating that you got these pictures off of Facebook?

A.   Yes.  I saw multiple pictures off of Facebook.

Q.   And you got pictures somewhere then in the police file, from Facebook?