Exhibit 18



**Verizon  LTE**          3:54 PM

She said "no were here tonight only"

R u in bis or down south?

Down south

I ain't doing shit tho

Unfortunately we can't do another buy until that warrant is cleared up. Technically I would have to arrest you on that warrant as soon as I saw you

Damn

Cant do the buy and then arrest

Subject

iMessage

00556