f2
c

Exhibit: 8a



Damn

Cant do the buy and then arrest

Nope

I would get fired

Ill see if I can get them to wait til morning at least

They come back very few days/ weeks?

Every month or so

Mon, Jul 10, 12:15 AM

He definitely has Fetnyl pills.

You know where he is at?

      

00557