Exhibit: 8s

 Verizon LTE    3:54 PM



House/ or hotel?

He's on his way to prairie knights

Few friends bought from him and wrote me saying they are fetenyl

And I got to look at one and I believe they are

They don't look right at all.

I can get his exact location when he stops

Ok, let me know

Do you know what he is driving

He rented a car the past two

    Subject

   iMessage

         

00559