Exhibit: 8c



**ıllıl Verizon LTE**    3:54 PM    @ ⁂ ▭

Ok, let me know

Do you know what he is driving

He rented a car the past two times

They leave their car at their hotel or wherever they stay

They have a older blue 4 door explorer

They could be in their explorer since they plan on leaving tonight

If they go to prairie knights they stick out like a sore thumb though lol

They have dread locks or

Subject

iMessage

00560