Exhibit : 8B





00565