f2
c

Exhibit: 8E



Ok. Can they arrest me down here?

So I can expect it or not

No I don't think they can I just don't want them to know

Alright. Heads up too these fuckers had guns last time

How many pills has dude got

He should have a lot. He's having a hard time selling them. Last time he had over 300

You hear anymore from dude

Nothing yet

  

Subject

iMessage

00566